AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **3:24-CV-00160-KC**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Ariyo Mackay**
was recieved by me on  **6/17/2024:**

- [X]  I personally served the summons on the individual at **401 rockefeller, 1407, Irvince, CA 92612** on **06/17/2024 at 4:48 PM**; or

- [ ]  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ]  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

- [ ]   I returned the summons unexecuted because ; or

- [ ]  Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   06/17/2024

*Server's signature*

**Christopher Downs**
*Printed name and title*

**26 Eden
Irvine, CA 92620**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Ariyo Mackay with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 35-45 years of age, 5'8"-5'10" tall and weighing 120-140 lbs.**




Tracking #: **0135485124**